### UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS
### MARSHALL, DIVISION

**VERITASEUM CAPITAL, LLC**
        **Plaintiff**

**Vs.**                                    CASE NO: 2:22-cv-00498 -JRG-
                                          RSP

**CIRCLE INTERNET FINANCIAL**
**LIMITED, et al**
            **Defendants**


### NOTICE OF DISMISSAL

    PLEASE DISMISS the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

without prejudice.


                    Respectfully submitted,
                    **THE  HUGHEY LAW FIRM**

                        By: /s / *William T. Hughey*
                        WILLIAM T. HUGHEY
                        SBC #10245500
                        P.O. Box 2012
                        Marshall, TX 75671
                        Ph. #: 903-935-5550
                        Fax #:866-823-7185
                        Email: Hugheylaw@sbcglobal.net
                        PLAINTIFF'S  LOCAL ATTORNEY


PLAINTIFFS NOTICE OF DISMISSAL                                    PAGE  1