IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VERITASEUM CAPITAL, LLC, | § |
| *Plaintiff*, | § § § |
| v. | § § CIVIL ACTION NO. 2:22-CV-00498-JRG-RSP |
| CIRCLE INTERNET FINANCIAL LIMITED, et al., | § § § |
| *Defendants*. | § § |

## ORDER

Before the Court is the Notice of Dismissal ("Notice") filed by Veritaseum Capital, LLC ("Plaintiff"). (Dkt. No. 18.) In the Notice, Plaintiff requests dismissal of the above-captioned case without prejudice. (*Id*. at 1.)

In light of the Notice, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 9th day of June, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE